IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **JAMIE PIERCE ROUBINEK** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| VS. § | Case No. 4:11cv416 |
| § | |
| **RECONTRUST COMPANY, N.A. and** § | |
| **BAC HOME LOANS SERVICING, L.P.** § | |
| § | |
| **Defendants.** § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 19, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand (Dkt. 13) and Plaintiff's Objection and Motion to Strike Defendants' Supplement to Notice of Removal (Dkt. 16) be DENIED.

Having received the report of the United States Magistrate Judge and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiff's Motion to Remand (Dkt. 13) and Plaintiff's Objection and Motion

to Strike Defendants' Supplement to Notice of Removal (Dkt. 16) are DENIED.

**IT IS SO ORDERED.**

**SIGNED this the 30th day of March, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE